# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Norfolk Division

In re:   TROY F PICKERING                                                                                Chapter 13
                                                                                                          Case No.: 07-70152-FJS

   Debtor

**REPORT OF DEPOSIT OF UNCLAIMED FUNDS**

Pursuant to Federal Rule of Bankruptcy Procedure 3011 and 11 U.S.C. 347 the Trustee herein submits a check payable to "Clerk, United States Bankruptcy Court" representing unclaimed funds to be deposited by the Clerk of Court into the Treasury of the United States.  Said funds are subject to withdrawal as provided by 28 U.S.C. 2042 and shall not escheat under any state law.  The unclaimed funds represent the dividend(s) due and payable to:

(Debtor(s) or Creditor(s) name and address)                                                        (Amount of dividend)

CHASE BANK USA NA                                                                                                $12.45
PO BOX 100018
KENNESAW, GA 30156-9104

Date: February 12, 2010                              /s/ George W. Neal
                                                     _____
                                                     George W. Neal
                                                     Chapter 13 Standing Trustee
                                                     870 Greenbrier Circle, Suite 402
                                                     Chesapeake, VA  23320
                                                     (757) 961-3000